IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID CHRISTOPHER MABRY,<br><br>Defendant. | No. 3:24-mj-00192-MMS |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Krista Lang, having been first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the FBI.

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that David Christopher Mabry has committed the following federal criminal offense:

> **Count 1**: That on or about April 18, 2024, within the District of Alaska, at or near Deadhorse, the defendant, DAVID CHRISTOPHER MABRY, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (C), and any material that contained child pornography, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because the

affidavit is intended to establish probable cause to support a complaint and secure an arrest warrant, I have not included each and every fact known to me concerning this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

*Online Distribution of Child Pornography and User Attribution*

4. On April 18, 2024, an agent of the FBI who is a member of the FBI Child Exploitation and Human Trafficking Task Force in Jacksonville, Florida, was connected to the Internet on several occasions in an online undercover capacity (OCE) from a mobile device. While using social media application (APP1), a free mobile application that permits users to send text messages and other content, including videos and images. APP1 is primarily accessed via a smartphone, but users may access it via laptop and/or computer. APP1 user "hardlinechoke" engaged in a private message conversation with the OCE. During this conversation, the OCE portrayed a parent with access to an 11-year-old female child.

5. On April 18, 2024, the OCE posted a message in APP1's public chat room titled "#daugDad" that read "Morning all. 35m Florida. Dau 11yo. Pm open…"

6. On April 18, 2024, "hardlinechoke" initiated a private message conversation with the OCE and sent a series of messages that read "Heyy," "33 bi dad USA," and "Dau is 4."

7. The user "hardlinechoke" then sent the OCE three photos of a clothed prepubescent minor female child. The minor female child's face was not displayed in any of the photos.

8. The user "hardlinechoke" also sent the OCE a photo that depicted child pornography with the following description: a color photo of a prepubescent female child, based on the

United States v. David Christopher Mabry
Affidavit in Support of Criminal Complaint

child's body size, sitting in between an adult male's legs. The child's backside is fully exposed and the child's anus can be observed. The adult male is wearing underwear and is fully erect penis is displayed in the close vicinity of the child's backside.

9. The user "hardlinechoke" stated the child depicted in the photo was his 4 year old daughter and that he took the photo. He also sent a message that read "I want to fuck her so bad but I'm to scared."

10. Open Source checks revealed David Mabry has a daughter approximately 3-4 years old.

11. An emergency disclosure request was sent to APP1 for username "hardlinechoke." APP1 provided in their response to the request an email address of davemabry93@gmail.com and a list of Internet Protocol (IP) addresses used by the individual to access his account. The Account was created on April 12, 2024.

12. An emergency disclosure request was sent to Google for subscriber information associated to email address davemabry93@gmail.com. Google responded with subscriber information to include name David Mabry and recovery SMS +18303280949.

13. A search of the Alaska Public Safety Information Network (APSIN) was conducted for David Mabry with a DOB of August 4, 1993. The results listed David Christopher Mabry (SUBJECT), with an address of Boerne, Texas.

14. Per open-source records, David Mabry works for a company that contracts workers to Deadhorse, Alaska. After reviewing flight records, it was noted David Mabry flew to Deadhorse, Alaska on April 4, 2024 and was scheduled to return to Texas, where he resides,

United States v. David Christopher Mabry
Affidavit in Support of Criminal Complaint

Page 3 of 6

Case 3:24-mj-00192-MMS   Document 1-1   Filed 04/30/24   Page 3 of 6

on April 25, 2024 with a layover in Anchorage, Alaska. Therefore Mabry would have been in Deadhorse when he sent the image on child pornography on April 18, 2024.

15. On April 22, 2024 FBI Anchorage received a Federal Search Warrant for the person of David Christopher Mabry and his luggage.

*Search of the Subject and Subject's Luggage*

16. On April 25, 2024 FBI Anchorage executed search warrant 3:24-mj-00178-MMS, for the search of the SUBJECT and his LUGGAGE.

17. The SUBJECT was compliant when contacted by APD and FBI. FBI provided SUBJECT with advisal of rights. The SUBJECT was provided with a copy of the warrant authorizing the search of his person and luggage for evidence of child exploitation offenses. SUBJECT was advised the search warrant also authorized the search of any phones, electronics or other media storage devices.

18. After contact was made with the SUBJECT, FBI executed the search of SUBJECT and LUGGAGE. The search of the SUBJECT recovered am iPhone 15 Pro Max Serial Number G56100PYXX. The search of the LUGGAGE recovered an iPad 7th generation serial number DMQZMRAJMF3M and Men's Charcoal Gray Hanes Briefs, consistent with the briefs seen in the child pornographic photo sent on APP1.

19. An initial manual review of the SUBJECT phone revealed the existence of saved photos matching the clothed photos sent by SUBJECT on APP1. SUBJECT sent a photo of a toddler approximately 3-4 years old wearing yellow and pink underwear, with the child's abdomen showing. This photo was found in the saved photos on SUBJECT phone.

Other images were observed on the SUBJECT's phone that were consistent with the clothing in the images SUBJECT sent on APP1.

20. Based on the images sent in APP1 and those viewed in the SUBJECT's phone, the FBI concluded the child pornographic image sent was consistent with the SUBJECT's daughter and the bedding on SUBJECT's bed.

21. SUBJECT's phone was absent of APP1 during the execution of the search warrant but SUBJECTED admitted to using APP1 in the past.

22. At this point, the FBI was authorized by the U.S. Attorney's Office to conduct a probable cause arrest of the SUBJECT for violations of 18 U.S.C. § 2252A(a)(2) (distribution of child pornography involving minors under 12 years of age).

23. The FBI is continuing to actively investigate whether the SUBJECT had hands-on contact with any of the minor children depicted in the images and videos found on the SUBJECT phone.

24. All digital devices seized during the search of the SUBJECT and LUGGAGE are still pending further review.

## CONCLUSION

25. For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that David Christopher Mabry has committed the offenses described in the attached complaint. Accordingly, I ask the Court to issue the complaint and a warrant for David Christopher Mabry's arrest in accordance with Federal Rule of Criminal Procedure 4(a).

United States v. David Christopher Mabry
Affidavit in Support of Criminal Complaint

RESPECTFULLY SUBMITTED,

_____
Krista Lang
Special Agent
FBI

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim.P. 4.1 [and/or 4(d) for an arrest warrant or 41(d)(3) for a search warrant] this 29th day of April 2024.

_____
Hon. Matthew M. Scoble
Chief U.S. Magistrate Judge

United States v. David Christopher Mabry
Affidavit in Support of Criminal Complaint
Page 6 of 6